UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>T. WOLFF; et al.,<br><br>　　　　Defendants - Appellees. | No.  06-16060<br>D.C. No. CV-05-00071-JW<br><br>**ORDER** |

FILED

JUL 1 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[ ✓ ]

Explanation: _The alleged actions, even if true, do not rise to the level of a constitutional violation._

_____
James Ware
Judge
United States District Court

Date: _July 11, 2006_

COPIES MAILED TO
PARTIES OF RECORD